**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MALIBU MEDIA, LLC, | Civil Action No. 3:17-cv-00225-VLB |
|               Plaintiff, | |
|    v. | **MOTION FOR PERMISSION TO FILE AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER** |
| JOHN DOE subscriber assigned IP address 32.211.71.3, | |
|               Defendant. | |

Plaintiff Malibu Media, LLC hereby moves the Court for an order permitting them to file under seal an Amended Complaint and a request for issuance of a Summons. The Summons and the Amended Complaint both list the Defendant John Doe's true identity. The redacted Amended Complaint is annexed hereto as Exhibit A. On February 14, 2017, the Court ordered a protective order (D.E. 5) indicating that the information produced in this action be kept confidential, for attorneys' eyes only pursuant to Federal and Local Rules of Civil Procedure governing disclosure and discovery. Also, on May 15, 2017, Judge Underhill issued an order previously issued an order (D.E. 12) that the Plaintiff may litigate this action without publicly disclosing the name of the Defendant and that any information disclosed to plaintiff in response to a Rule 45 subpoena may be used by plaintiff solely for the purpose of protecting plaintiff's rights as set forth in its complaint.

WHEREFORE, it is for these reasons that the Plaintiff requests that the Court enter an order for permission to file the Summons and Amended Complaint under seal.

Dated: November 15, 2017

1

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq. (30364)
kconway@ktclaw.com
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481

## CERTIFICATE OF SERVICE

I hereby certify that on  November 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.

2