UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                            Plaintiff,<br><br>    v.<br><br>[REDACTED],<br><br>                            Defendant. | Civil Action No. 3:17-cv-00225-VLB |

**PLAINTIFF'S RESPONSE TO NOTICE OF PROPOSED DISMISSAL**

Plaintiff, Malibu Media, LLC, by and through counsel, responds to this Court's Notice of Proposed Dismissal [CM/ECF 30]. In support hereof, Plaintiff states:

1. This is a case for copyright infringement under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq.

2. Purusuant to a third-party subpoena, Defendant's true identity was provided to Plaintiff.

3. Plaintiff served its amended complaint on Defendant, [REDACTED], on November 20, 2017 [CM/ECF 29].

4. Plaintiff and Defendant are currently in settlement negotiations.

5. If the parties are unable to settle the matter, they intend to continue the litigation.

WHEREFORE, Plaintiff respectfully requests that this matter remain pending and not be dismissed under Local Rule 41(a).

Dated:  August 17, 2018                     Respectfully Submitted,

                                                           By: /s/ Kevin T. Conway, Esq.
                                                           Kevin T. Conway, Esq. (30364)

ktcmalibu@gmail.com
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

                                  By: /s/ Kevin T. Conway, Esq.
                                  Kevin T. Conway, Esq.